LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON E. OLIVER, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELL TRANS, a Nevada Coporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:16-cv-00305-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO PARTIALLY DISMISS AND MOTION TO CERTIFY QUESTIONS OF LAW TO THE SUPREME COURT OF NEVADA**<br><br>**ORDER** |

Plaintiff and Defendants, by and through their counsel of record, hereby agree and stipulate to the following:

1. Defendants filed their Motion to Partially Dismiss, or, in the Alternative, Motion for Partial Summary Judgment and their Motion to Certify Questions of Law to the Supreme Court of Nevada on March 8, 2016 (Doc. Nos. 7 and 8).

2. Plaintiff's responses in opposition to such motions are due to be filed and served on March 25, 2016.

1

3. The parties hereby stipulate and agree to extend the time for plaintiff to respond to the foregoing motions by a period of two weeks. Plaintiff's responses in opposition to both motions shall be due on or before **April 8, 2016**.

4. The foregoing request is made in good faith to accommodate the schedule of plaintiff's counsel and is not made for the purpose of delay.

Dated: March 24, 2016                          Dated: March 24, 2016

Respectfully submitted,                         Respectfully submitted,

/s/ *Dana Sniegocki*                            /s/ *Ricardo Cordova*
LEON GREENBERG, ESQ.                            ANTHONY L. HALL, ESQ.
DANA SNIEGOCKI, ESQ.                            RICARDO CORDOVA, ESQ.
LEON GREENBERG                                  HOLLAND & HART LLP
PROFESSIONAL CORPORATION                        5441 Kietzke Lane, Second Floor
2965 South Jones Blvd., #E3                     Reno, NV  89511
Las Vegas, NV  89146                            Tel: (775) 327-3000
Tel (702) 383-6085                              Fax: (775) 786-6169
Fax (702) 385-1827                              Attorneys for Defendants
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED this 24th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE