LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON E. OLIVER, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELL TRANS, a Nevada Coporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:16-cv-00305-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO PARTIALLY DISMISS AND MOTION TO CERTIFY QUESTIONS OF LAW TO THE SUPREME COURT OF NEVADA**<br>**(SECOND REQUEST)**<br><br>**ORDER** |

Plaintiff and Defendants, by and through their counsel of record, hereby agree and stipulate to the following:

1.      Defendants filed their Motion to Partially Dismiss, or, in the Alternative, Motion for Partial Summary Judgment and their Motion to Certify Questions of Law to the Supreme Court of Nevada on March 8, 2016 (Doc. Nos. 7 and 8).

2.      By the Court's Order of March 24, 2016 (Doc. No. 12), plaintiff was granted a two week extension of time by which to file his responses in opposition to such motions. The current deadline for filing such oppositions is April 8, 2016.

3. The parties hereby stipulate and agree to further extend the time for plaintiff to respond to the foregoing motions by a period of two weeks. Plaintiff's responses in opposition to both motions shall be due on or before **April 22, 2016**.

4. The foregoing request is made in good faith to accommodate the schedule of plaintiff's counsel and is not made for the purpose of delay.

Dated: April 7, 2016

Respectfully submitted,

/s/ *Dana Sniegocki*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated: April 7, 2016

Respectfully submitted,

/s/ *Ricardo Cordova*
ANTHONY L. HALL, ESQ.
RICARDO CORDOVA, ESQ.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
Tel: (775) 327-3000
Fax: (775) 786-6169
Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

Dated: April 8, 2016.

_____
UNITED STATES DISTRICT JUDGE