ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@hollandhart.com
PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000; Fax: (775) 786-6179

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON E. OLIVER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELL TRANS, a Nevada Corporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.:   2:16-cv-00305-JAD-PAL<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE A JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiffs and Defendants, by and through their counsel of record, jointly request and stipulate to a brief, one (1) week extension of time to file their Joint Discovery Plan and Scheduling Order pursuant to the Order on their prior stipulation at Doc. No. 25. In that prior stipulation, the parties agreed to submit a joint Discovery Plan and Scheduling Order, to include a briefing schedule for the purposes of responding to Defendants' pending motions (Doc. Nos. 7 & 8) seven (7) days after the expiration of the most recent stay. Such stay lifted on March 27, 2017. Accordingly, the parties' Joint Discovery Plan and Scheduling Order is due to be filed today, April 3, 2017.

Defendants' counsel is currently ill and unable to participate in the drafting and finalizing of the parties' Joint Discovery Plan and Scheduling Order. Accordingly, the parties hereby request a brief one (1) week extension to submit, jointly, a Discovery Plan and Scheduling Order until **Monday, April 10, 2017**. In making this request for an extension of time, the parties do not seek a further stay of this matter.

Based upon the foregoing, this request for a brief extension of time is made based upon reasonable grounds, in good faith, and not for the purpose of delay.

DATED this 3rd day of April, 2017.

| BY: /s/ Leon Greenberg, Esq.<br>LEON GREENBERG, ESQ.<br>NV Bar No. 8094<br>leongreenberg@overtimelaw.com<br>DANA SNIEGOCKI, ESQ.<br>NV Bar No. 11715<br>dana@overtimelaw.com<br>LEON GREENBERG PROFESSIONAL CORPORATION<br>2965 South Jones Blvd – Suite E3<br>Las Vegas, Nevada  89146<br>Telephone: (702) 383-6085<br>Fax: (702) 385-1827<br><br>*Attorneys for Plaintiffs* | BY: /s/ Peter D. Navarro, Esq.<br>ANTHONY L. HALL, ESQ.<br>Nevada Bar No. 5977<br>ahall@hollandhart.com<br>PETER D. NAVARRO, ESQ.<br>Nevada Bar No. 10168<br>pdnavarro@hollandhart.com<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada  89511<br>Telephone: (775) 327-3000<br>Fax: (775) 786-6179<br><br>*Attorneys for Defendants* |
|---|---|

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: April 6, 2017

9724623_1