**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cameron E. Oliver,<br><br>    Plaintiff<br><br>v.<br><br>Bell Trans, et al.,<br><br>    Defendants | 2:16-cv-00305-JAD-PAL<br><br>**Order Granting Stipulation to Extend Time**<br><br>[ECF No. 34] |

The parties stipulate to extend the deadlines to respond to three pending motions, submitting that good cause exists because the defendants' counsel is traveling for work throughout May and the parties are preparing for a joint mediation in this action and a related one (Case No. 2:15-cv-01066-MMD-PAL).[1]

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to extend time **[ECF No. 34] is GRANTED**. The time for the defendants to respond to plaintiff's motion for circulation of notice **[ECF No. 29] is EXTENDED to May 31, 2017**. The time for plaintiff to respond to the defendants' motion for partial dismissal or, alternatively, for partial summary judgment **[ECF No. 32] is EXTENDED to June 5, 2017**. And the time for plaintiff to respond to the defendants' motion to certify a question of law to the Nevada Supreme Court **[ECF No. 33] is EXTENDED to June 5, 2017**.

DATED: May 11, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 34.