Anthony L. Hall, Esq.
Nevada Bar No. 5977
ahall@hollandhart.com
Peter D. Navarro, Esq.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON E. OLIVER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELL TRANS, a Nevada Corporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.:  2:16-cv-00305-JAD-PAL<br><br>**STIPULATION AND ORDER**<br><br>**(SECOND REQUEST)** |

Defendants Bell Trans and Brent J. Bell (collectively, "Bell Trans" or "Defendants"), and Plaintiff Cameron E. Oliver, ("Plaintiff"), through their counsel, hereby stipulate and agree to a two day extension of time for Defendants: (1) to file a response to Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(B) and for Other Relief ("Motion") (ECF No. 29); or (2) to file a motion with the Court requesting that the deadline for the response to the Motion be extended until June 19, 2017.  Pursuant to the above, Defendants' response to the Motion, currently due May 31, 2017, would now be due on June 2, 2017.

This is the second request for an extension of this deadline and Defendants submit the request is made in good faith and not for the purpose of delay.  The prior requested extension was, as previously explained by Defendants to the Court, sought by the Defendants to accommodate the work schedule for Defendants' counsel and because the  parties were concurrently in the process of analyzing voluminous amounts of data in preparation for a joint mediation involving this matter and

a related class/collective action matter that is also presently before this Court, Case No. 2:15-cv-01066-MMD-PAL, *Willie Thurmond v. Presidential Limousine*. Attendance at the mediation has been confirmed by all parties and is scheduled to take place on June 9, 2017 at 9:00 a.m. before the Hon. Stewart L. Bell (Ret). Defendants represent that the instant request is to provide Defendants with the opportunity to move for additional time to respond to the Motion so as to allow them to focus resources on the June 9, 2017, mediation and to forego additional litigation costs pending the conclusion of that mediation.

DATED this 31st day of May, 2017.

BY: /s/ Leon Greenberg, Esq.
LEON GREENBERG, ESQ.
NV Bar No. 8094
leongreenberg@overtimelaw.com
DANA SNIEGOCKI, ESQ.
NV Bar No. 11715
dana@overtimelaw.com
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd – Suite E3
Las Vegas, Nevada 89146

*Attorneys for Plaintiffs*

BY: /s/ Peter D. Navarro, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@hollandhart.com
PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated: 6/1/2017

_____
United States District Judge

HOLLAND & HART LLP

By: /s/ Peter D. Navarro, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
HOLLAND & HART LLP

*Attorneys for Defendants*

9884335_1