Anthony L. Hall, Esq.
Nevada Bar No. 5977
ahall@hollandhart.com
Peter D. Navarro, Esq.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON E. OLIVER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELL TRANS, a Nevada Corporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:16-cv-00305-JAD-PAL<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY ALL PROCEEDINGS**<br><br>**(FIFTH REQUEST)**<br><br>ECF Nos. 29, 32, 33, 44 |

Defendants Bell Trans and Brent J. Bell (collectively, "Bell Trans" or "Defendants"), and Plaintiff Cameron E. Oliver, ("Plaintiff"), through their counsel, hereby inform the Court that pursuant to a mediation held before the Hon. Stewart L. Bell (Ret.) on June 9, 2017, the parties have agreed to settle, on a collective and class-wide basis, all disputes and claims between them related to this litigation.

To that end, the parties submit the instant stipulation to stay all proceedings in the above captioned matter. The purpose of this stay is to allow the parties 45 days to set forth in greater detail the terms of the parties' settlement, as well as to allow Plaintiff's counsel time to file a motion seeking the Court's approval of the settlement terms.

The parties therefore stipulate and agree that the above captioned dispute shall be stayed for a period of 45 days commencing on June 12, 2017 and ending July 27, 2017 (the "Stay Period").

The forgoing request for stay is made in good faith to enable the parties to engage in meaningful settlement dialogue and not for the purpose of delay.

DATED this 16th day of June, 2017.

BY: /s/ Leon Greenberg, Esq.
LEON GREENBERG, ESQ.
NV Bar No. 8094
leongreenberg@overtimelaw.com
DANA SNIEGOCKI, ESQ.
NV Bar No. 11715
dana@overtimelaw.com
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd – Suite E3
Las Vegas, Nevada 89146

*Attorneys for Plaintiffs*

BY: /s/ Peter D. Navarro, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@hollandhart.com
PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that **all proceedings in this action are STAYED through July 27, 2017**, to allow the parties to prepare settlement documents. In light of the settlement, IT IS FURTHER ORDERED that all pending motions [ECF No 29, 32, 33] are DENIED as moot and without prejudice to their prompt refiling should this settlement not be completed.

_____
U.S. District Judge Jennifer Dorsey
6-19-17

9884335_1