LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON E. OLIVER, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELL TRANS, a Nevada Corporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:16-cv-00305-JAD-PAL<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY ALL PROCEEDINGS (NINTH REQUEST)**<br>(Fifth Request Regarding Submission of Settlement Documents)<br><br>ECF No. 52 |

Plaintiff Cameron E. Oliver, ("Plaintiff") and Defendants Bell Trans and Brent J. Bell (collectively, "Bell Trans" or "Defendants"), through their counsel of record, submit the below stipulation to extend the stay of all proceedings in the above captioned matter. On June 19, 2017, after being notified that the parties had agreed to settle, on a collective and class-wide basis, all disputes and claims related to this litigation and related litigation ("Related Litigation") (Case No. 2:15-cv-01066-MMDPAL, *Willie Thurmond v. Presidential Limousine*), the Court granted the parties' stipulation to stay this matter until July 27, 2017 in order to allow the parties time to set forth in greater detail the terms of the parties' settlement, as well as to allow Plaintiff's counsel time to file a motion seeking the Court's approval of the settlement terms. ECF No. 45. The Court extended that requested stay pursuant to the parties' further stipulations and orders,

1

the most recent such order continuing the stay of this matter until November 13, 2017. ECF No. 51. The primary reason for the instant extension is to allow the parties to finalize separate settlement agreements for this matter and the Related Litigation. While the parties had reached an agreement on all of the necessary substantive terms of a resolution of this case and the Related Litigation, they had to resolve various unanticipated, and potentially complex, procedural and mechanical issues regarding how those agreements would be structured and presented to the Court. To that end, the parties require additional time and respectfully stipulate as follows:

The parties agree to stay all proceedings in the above captioned matter for a period of 48 additional days beyond the current stay, which ended on November 13, 2017, to allow for the preparation and finalization of appropriate settlement documents. As set forth herein, this is the parties' fifth request to stay this matter for the purpose of memorializing their negotiations into settlement documents. If this stipulation is granted, the current stay shall be extended until Tuesday, January 9, 2017.

The forgoing request for stay is made in good faith not for the purpose of delay.

///

///

///

///

Dated: December 5, 2017

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated: December 5, 2017

Respectfully submitted,

/s/ *Peter Navarro*
ANTHONY L. HALL, ESQ.
PETER NAVARRO, ESQ.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel: (775) 327-3000
Fax: (775) 786-6169
Attorneys for Defendants

**ORDER**

Based on the parties' stipulation [ECF No. 52] and good cause appearing, IT IS HEREBY ORDERED that the stipulation is approved. The stay is extended (nunc pro tunc from 11/13/17) to January 9, 2018. If the stipulation and order to dismiss is not filed by 1/9/18, the parties must appear for a status conference on 1/12/18 at 9:30 a.m. If the stipulation and dismissal order is timely filed, it should include the instruction to vacate this status conference.

_____
U.S. District Judge Jennifer Dorsey
December 7, 2017