LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON E. OLIVER, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELL TRANS, a Nevada Corporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:16-cv-00305-JAD-PAL<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY ALL PROCEEDINGS (TENTH REQUEST)**<br>(Sixth Request Regarding Submission of Settlement Documents) |

Plaintiff Cameron E. Oliver, ("Plaintiff") and Defendants Bell Trans and Brent J. Bell (collectively, "Bell Trans" or "Defendants"), through their counsel of record, submit the below stipulation to extend the stay of all proceedings in the above captioned matter. On June 19, 2017, after being notified that the parties had agreed to settle, on a collective and class-wide basis, all disputes and claims related to this litigation and related litigation ("Related Litigation") (Case No. 2:15-cv-01066-MMDPAL, *Willie Thurmond v. Presidential Limousine*), the Court granted

the parties' stipulation to stay this matter until July 27, 2017 in order to allow the parties time to set forth in greater detail the terms of the parties' settlement, as well as to allow Plaintiff's counsel time to file a motion seeking the Court's approval of the settlement terms. ECF No. 45. The Court extended that requested stay pursuant to the parties' further stipulations and orders, the most recent such order continuing the stay of this matter until January 9, 2018. ECF No. 53. The primary reason for the instant extension is to allow the parties to finalize separate settlement agreements for this matter and the Related Litigation. While the parties had reached an agreement on all of the necessary substantive terms of a resolution of this case and the Related Litigation, they had to resolve various unanticipated, and potentially complex, procedural and mechanical issues regarding how those agreements would be structured and presented to the Court.

The parties were having difficulties resolving the foregoing issues. Within the past two days, the parties have made substantial process and conferred and communicated about what they hope is the resolution of all of the issues necessary to finalize the settlement and prepare a stipulation of settlement for the Court's review. Based upon plaintiff's counsel's communication of January 10, 2018 with court staff member, Danielle, the parties are jointly submitting this stipulation to extend the current stay, *nunc pro tunc*, for a period of 30 days from January 9, 2018 through February 8, 2018. The parties are also mindful that the Court will be

2

setting a status check at which the parties are expected to appear some time after the expiration of the requested stay on February 8, 2018. The parties aim to, and are hopeful they will, have a motion filed with the Court seeing preliminary approval of their proposed settlement prior to February 8, 2018.

Based upon the forgoing, the request for a continued stay is made in good faith not for the purpose of delay.

Dated January 10, 2018

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
United States District Judge
January 11, 2018

Dated January 10, 2018

Respectfully submitted,

/s/ *Anthony Hall*
ANTHONY L. HALL, ESQ.
PETER NAVARRO, ESQ.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel: (775) 327-3000
Fax: (775) 786-6169
Attorneys for Defendants

**ORDER**

Based on the parties' stipulation [ECF No. 54] and good cause appearing, IT IS ORDERED that the stipulation is granted. The stay is extended (nunc pro tunc from January 9, 2018) to February 8, 2018. IT IS FURTHER ORDERED that the parties appear for a status conference on February 12, 2018 at 3:00 p.m.

3