LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON E. OLIVER, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELL TRANS, a Nevada Corporation, and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:16-cv-00305-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE OF THE PENDENCY OF THIS ACTION**<br><br>ECF No. 60 |

Plaintiff and Defendants, by and through their counsel of record, hereby stipulate to a brief, one (1) week extension of time for Plaintiff to file his Reply to Defendants' Opposition to Plaintiff's Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(B) and for Other Relief (Doc. No. 56) until **Monday, March 19, 2018**. Plaintiff's counsel is scheduled to conduct two depositions in the coming days, one of which requires travel. Thus,

1

this request is made to accommodate the schedule of plaintiff's counsel and not for the purpose of delay.

Dated: March 7, 2018

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated: March 7, 2018

Respectfully submitted,

/s/ *Anthony Hall*
ANTHONY L. HALL, ESQ.
PETER NAVARRO, ESQ.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel: (775) 327-3000
Fax: (775) 786-6169
Attorneys for Defendants

## ORDER

IT IS SO ORDERED. However, counsel is cautioned that attorney workload will not serve as good cause for an additional extension of time.

_____
U.S. District Judge Jennifer Dorsey
March 14, 2018